IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHRISTOPHER JAMES ALLEN,

Plaintiff,

v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

Defendant.

No. 6:15-cv-01215-YY

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Youlee Yim You issued a Findings and Recommendation ("F&R") [34]

on October 23, 2017, in which she recommends that the Court grant Plaintiff's Motion for

Attorney Fees Under 28 U.S.C. § 2412(d) [30], the Equal Access to Justice Act ("EAJA"), for $4,836.44.

Because neither party timely filed an objection to the Magistrate Judge's F&R, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge You's F&R [34]. Accordingly, Plaintiff's Motion for EAJA Fees [30] is GRANTED.

IT IS SO ORDERED.

DATED this 15 day of Feb, 2018.

MARCO A. HERNÁNDEZ
United States District Judge